# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

**WILLIAM E. POWELL,**　　　　　　　　　　**CIVIL NO.: 1:21-cv-2838**

**Plaintiff**　　　　　　　　　　　　　　　　　**HON:  JAMES E. BOASBERG (JEB)**

v.

**U.S. DEPARTMENT OF TREASURY,**
**INTERNAL REVENUE SERVICE**
**1111 Constitution Ave., NW**
**Washington, D.C. 20224**

**Defendants.**_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY

　　　William E. Powell, Plaintiff, in the above-captioned case, respectfully moves for Leave to submit the attached Surreply in response to new arguments and factual claims made by the Internal Revenue Service, Defendant, in Defendant's Reply.  These arguments and claims did not appear in Defendants' previous Brief, and thus Plaintiff has not had an opportunity to respond.

　　　"The standard for granting a leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." Lewis v. Rumsfeld, 154 F. Supp. 2d 56, 61 (D.D.C. 2001).  Plaintiff is satisfied with this standard because Defendant's Reply Brief presents matters for the first time, and Plaintiff has not been able to contest these matters, as detailed below.  In this Circuit, "district court[s] routinely grant [] such motions" when this standard is satisfied. Ben-Kotel v. Howard Univ., 319 F.3d 532, 536 (D.C. Cir. 2003).

　　　Plaintiff desires this Honorable Court to acknowledge that Plaintiff is representing himself as "Pro Se," which the Courts state are "held to less stringent standards than formal pleading drafted by lawyers" . . . "Haines v. Kerner," 404 U.S. 519 (1972).

Plaintiff emailed the defendant on June 9, 2022 to request a answer by the end of business day on June 10, 2022 if the defendant consent or opposed, but the defendant oppose the Motion to Leave to File.

**WHEREFORE,** Plaintiff respectfully request that this Honorable Court Grant Leave to File a Surreply, with proposed filing attached.

Dated: June 3 2022                                            *S/ William E. Powell*
                                                              William E. Powell (Pro Se)
                                                              14565 Glastonbury Avenue
                                                              Detroit, Michigan 48223
                                                              (313) 492-1243